### 35499. PULLIAM et al. v. PULLIAM.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur, except Bowles and Marshall, JJ., who dissent.*

SUBMITTED OCTOBER 5, 1979 — DECIDED NOVEMBER 27, 1979.

*McDonald, McDonald & McDonald, E. Crawford McDonald,* for appellants.

*Donald G. Loggins,* for appellee.